**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **MARION DIAGNOSTIC CENTER, LLC; MARION HEALTHCARE, LLC; and ANDRON MEDICAL ASSOCIATES, individually and on behalf of all others similarly situated,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) | **Case No. 18-CV-01059-NJR-RJD** |
| **BECTON, DICKINSON, AND COMPANY; PREMIER, INC.; VIZIENT, INC.; CARDINAL HEALTH, INC.; OWENS & MINOR DISTRIBUTION, INC.; MCKESSON MEDICAL-SURGICAL INC.; HENRY SCHEIN, INC.; and UNNAMED BECTON DISTRIBUTOR CO-CONSPIRATORS,** | ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated November 30, 2018 (Doc. 117), which granted Defendants' motions to dismiss (Docs. 83, 84, & 85), Plaintiffs' Amended Complaint (Doc. 52) is **DISMISSED with prejudice**. This entire action is **DISMISSED**, and the case is closed.

    DATED:  November 30, 2018

                                          MARGARET M. ROBERTIE,
                                          Clerk of Court

                                          By: s/ *Deana Brinkley*
                                                  **Deputy Clerk**

**APPROVED:**  _____
                    **NANCY J. ROSENSTENGEL
                    United States District Judge**